CHARLES CARREON (OSB#93469)
Online Media Law, PLLC
1131 Barrington Circle
Ashland, Oregon 97520
Tel: 541/482-2321
Fax: 541/482-4683

Attorney for Plaintiff Graham Lawton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| GRAHAM LAWTON, | ) Case No.: 04-3102-CO |
|---|---|
| Plaintiff, | ) ~~(PROPOSED)~~ PERMANENT INJUNCTION AND TURNOVER ORDER AFTER DEFAULT AGAINST DEFENDANT STEWARD BERGMAN |
| vs. | |
| MILFHUNTERS.COM, ~~in rem~~, STEWARD ~~BERGMAN~~, RK NETMEDIA, INC., a Florida Corporation, ~~CYBER HEAT,~~ INC., an Arizona Corporation, and DOES 1 – 20, | |
| Defendants. | |

The Court, having considered the evidence and argument set forth in plaintiffs' Motion for Permanent Injunction after default, grants the motion, making findings in accordance with FRCP 65(d).

## FINDINGS

1. This Court has entered the default of defendant Steward Bergman.

2. Plaintiffs has prevailed against defendant Steward Bergman on all claims alleged herein, including his claim for declaratory relief under 28 U.S.C. § 2201.

3. Plaintiff Graham Lawton is the lawful registrant of the Internet Universal Resource Locator Milfhunters.com (herein, the "URL").

4. Defendant Steward Bergman is currently identified as the registrant of the URL in the Whois database of Internet Universal Resource Locators.

5. Defendant Steward Bergman had no right to the registration of the URL and obtained the same by false impersonating plaintiff, and making unauthorized changes to the Whois registration database.

Page 1 of 2 of (PROPOSED) PERMANENT INJUNCTION AND TURNOVER ORDER AFTER DEFAULT
AGAINST DEFENDANT STEWARD BERGMAN

6. Godaddy Software, Inc., an Internet domain name registrar, has present control over the Whois registration of the URL, and has stipulated to make such changes to the registration as justice requires.

7. Plaintiff is entitled to injunctive relief to return the registration of the URL to the *status quo ante*.

## ORDER

1. Defendant Steward Bergman is hereby permanently enjoined from:
   a. asserting any claim to ownership, registration or control of the Milfhunters.com Internet domain name;
   b. making any efforts by any means to assert control over the said Internet domain name; and,
   c. making any efforts to circumvent the effect of this Order.

2. Go Daddy Software, Inc. is hereby directed to:
   a. Restore the registration of the Internet domain name for Milfhunters.com to plaintiff Graham Lawton by changing the identity of the Registrant, the Administrative Contact, and the Technical Contact for the said Internet domain name to the following:
      Name: Graham Lawton
      Address: 1425 Kingsley 125
      City and Province: Corval, QC
      Postal code: H9S 1G2
      Country: Canada
      Email: glawton@sympatico.ca

3. Reset the password that grants control over the Milfhunters.com Internet domain name upon the request of plaintiff; and,

4. Perform all other ministerial acts related to implementing the transfer of the URL registration from Steward Bergman to Graham Lawton.

Dated: ~~October~~ January 9, 200~~5~~6        _____
                                                UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,
s/Charles Carreon/s
CHARLES CARREON
October 18, 2005